# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CRIMINAL NO. SA-13-CR-279-FB** |
| § | |
| **SAMPSON DELTON COTTEN** § | |

## SAMPSON DELTON COTTEN'S NOTICE OF APPEAL OF SENTENCE

TO THE HONORABLE CHIEF JUDGE FRED BIERY:

Notice is hereby given that the Defendant in the above styled and numbered case, SAMPSON DELTON COTTEN, is hereby appealing the sentence imposed on him by this Court on August 21, 2015 to the United States Court of Appeals for the Fifth Circuit.

Date: August 31, 2015.

Respectfully Submitted,

THE CORTEZ LAW FIRM
12758 Cimarron Path, Suite 118
San Antonio, Texas 78249
Telephone No.: (210) 273-2277
Facsimile No.: (210) 579-1218
adam@cortezlawfirm.com

By:  /s/ Adam C. Cortez
     **ADAM C. CORTEZ**
     Attorney in Charge
     State Bar No.: 04844650

## **CERTIFICATE OF SERVICE**

I certify that I have on this 31st day of August 2015, delivered a true and correct copy of the foregoing notice was delivered to the counsel for the United States, Bill Harris, at bill.harris@usdoj.gov via the ECF system.

/s/ Adam C. Cortez
**ADAM C. CORTEZ**