## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 03, 2015

Mr. Adam C. Cortez
Cortez Law Firm
7744 Broadway
Suite 103
San Antonio, TX 78209

    No. 15-50820   USA v. Sampson Cotten
                        USDC No. 5:13-CR-279-1

Dear Mr. Cortez,

We have docketed your appeal.

The district court advises the judgment and commitment order has not been entered. Accordingly, no deadlines will be set at this time. Upon notification that the judgment and commitment order is filed we will advise as to when your transcript order, etc. will be due in this court.

ATTENTION ATTORNEYS: Attorneys are required to be a member of the Fifth Circuit Bar and to register for Electronic Case Filing. The "Application and Oath for Admission" form can be printed or downloaded from the Fifth Circuit's website, www.ca5.uscourts.gov. Information on Electronic Case Filing is available at www.ca5.uscourts.gov/cmecf/.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                  By: /S/ Renee McDonough
                                  Renee McDonough, Deputy Clerk
                                  Phone: (504) 310-7673

cc:
    Ms. Jeannette Clack
    Mr. Joseph H. Gay Jr.